UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNON LEE REDLE,

                Petitioner,

v.

JEFFREY A UTTECHT,

                Respondent.

No. 3:19-cv-05962-RBL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 10], recommending denial of Petitioner Redle's §2254 habeas petition, and dismissal with prejudice. Redle has not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Redle's §2254 habeas petition is **DISMISSED** with prejudice;

(3) For the reasons articulated in the R&R, the Court will **NOT** issue a Certificate of Appealability; and

(4) Redle's *in forma pauperis* status is **REVOKED** in the event of an appeal.

ORDER - 1

The Clerk is directed to send copies of this Order to Petitioner Redle, counsel for Respondent, and to the Hon. J. Richard Creatura.

IT IS SO ORDERED.

**DATED** this 3rd day of March, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 2